# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WILLIAM E. BARTEL, AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF RUBEL
R. DODD

VERSUS

CENTRAL GULF LINES, INC.,
INDIVIDUALLY AND/OR AS SUCCESSOR-IN-
INTEREST TO CENTRAL GULF STEAMSHIP
CORPORATION; CHARLES KURZ & COMPANY
INC., INDIVIDUALLY AND/OR AS
SUCCESSOR-IN-INTEREST TO KEYSTONE
SHIPPING CO. & KEYSTONE TANKSHIP
CORP.; KEYSTONE SHIPPING COMPANY;
KEYSTONE TANKSHIP CORPORATION;
CROWLEY MARITIME CORP., INDIVIDUALLY
AND/OR AS SUCCESSOR-IN-INTEREST TO
MARINE TRANSPORT LINES, INC. AND
MARINE NAVIGATION COMPANY

NO.   2025 CW 0873

**DECEMBER 11, 2025**

---

In Re:   Chas. Kurz & Co., Inc., Keystone Shipping Co., Keystone
Tankship Corporation, and Crowley Maritime Corporation,
individually and/or as successor-in-interest to Marine
Transport Lines, Inc. and Marine Navigation Company,
applying for supervisory writs, 19th Judicial District
Court, Parish of East Baton Rouge, No. 628999.

---

**BEFORE:   THERIOT, PENZATO, AND BALFOUR, JJ.**

   **WRIT DENIED.**

**AHP**
**KEB**

   **Theriot, J.,** would issue a briefing schedule pursuant to La.
Code Civ. P. art. 966(H).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT